ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARAC ANTHONY LAMPKIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OFFICER J. MAY, ET AL.,<br><br>　　　　　　　Defendant. | Case No. 3:16-cv-00161-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Marac Anthony Lampkin, appearing *pro se*, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of a settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this ____ day of October, 2017.　　　DATED this 27th day of ~~October~~ November, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Marac Anthony Lampkin　　　By: /s/ Gerri Lynn Hardcastle
MARAC ANTHONY LAMPKIN　　　GERRI LYNN HARDCASTLE
*Plaintiff, Pro Se*　　　Deputy Attorney General
11-17-17　　　Bureau of Litigation
　　　Public Safety Division
　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**
DATED this ~~17~~ 27th day of ~~October~~ November, 2017.

_____
UNITED STATES DISTRICT JUDGE

2